UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER BENTLEY,                :
                                    :    Civil Action No. 06-4157 (RBK)
        Petitioner,                 :
                                    :
    v.                              :        **O R D E R**
                                    :
CHARLES E. SAMUELS, JR.,             :
WARDEN,                             :
                                    :
        Respondent.                 :

    THIS MATTER having come before the Court by motion of petitioner Christopher Bentley, pursuant to Fed.R.Civ.P. 60(b)(6), seeking relief from this Court's September 13, 2006 Order dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2241, (Docket Entry No. 3); and the Court having reviewed the motion papers submitted by petitioner; and for the reasons discussed in the accompanying Opinion;

    IT IS on this   9th   day of   January  , 2008,

    **ORDERED** that petitioner's Rule 60(b)(6) motion (Docket Entry No. 4) is hereby **DENIED.**

                                                    s/Robert B. Kugler
                                                    ROBERT B. KUGLER
                                                    United States District Judge